IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TERRY ANTHONY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-080 |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS; CLIFFORD BROWN; and | ) | |
| DANIEL FARMER, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Defendants Georgia Department of Corrections ("GDOC") and Clifford Brown move to stay discovery pending resolution of Defendant GDOC's motion to dismiss Count One of Plaintiff's Amended Complaint. The movants state Defendant Daniel Farmer consents to the motion. Plaintiff did not respond, and the motion is therefore deemed unopposed. See Loc. R. 7.5. Accordingly, the Court **GRANTS** the request, (doc. no. 10), and **STAYS** all discovery deadlines, to include holding the planning conference and the submitting the requisite discovery plan under Fed. R. Civ. P. 26(f) and Loc. R. 26.1, pending a ruling on the motion to dismiss, (doc. no. 9). Should any portion of the case remain after resolution of the motion, the parties shall confer and submit a Rule 26(f) Report, with proposed case deadlines, within seven days of the presiding District Judge's ruling. In the event the presiding District Judge, in his ruling on the pending dispositive motion, provides further instructions to the parties that

justifies continuation of the stay, the parties shall inform the undersigned to that effect in a status report to be filed within seven days of the presiding District Judge's ruling.

SO ORDERED this 25th day of June, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA