# United States District Court
## Southern District of Georgia

Terry Lamar Anthony

_____  Case No.  1:24-CV-00080-JRH-BKE
Plaintiff

v.   Georgia Dept. of Corrections,  Appearing on behalf of
Clifford Brown, individually, and
Daniel Farmer, individually          Plaintiff Terry Lamar Anthony
_____     _____
Defendant                            (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  11th  day of  July , 2024 .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Robert T. Trammell, Jr.

Business Address:  Trammell Sams, LLC
                   Firm/Business Name

128 North Main Street
Street Address

Luthersville     GA     30251
Street Address (con't)   City   State   Zip

P.O. Box 109
Mailing Address (if other than street address)

Luthersville, GA 30251
Address Line 2     City     State     Zip

770-927-0085                    715351
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  bob@trammellfirm.com