IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
TERRY ANTHONY,                      *
                                    *
     Plaintiff,                     *
                                    *
     v.                             *        CV 124-080
                                    *
GEORGIA DEPARTMENT OF               *
CORRECTIONS, CLIFFORD BROWN,        *
and DANIEL FARMER,                  *
                                    *
     Defendants.                    *
                                    *
```

O R D E R

Before the Court is the Parties' joint motion to hold Defendant Georgia Department of Corrections's ("GDOC") motion to dismiss in abeyance and lift the stay on discovery. (Doc. 18.) On June 25, 2024, the Court stayed discovery pending resolution of GDOC's motion to dismiss. (Doc. 17.) The Parties indicate they conferred and agree discovery would be helpful to resolve GDOC's motion to dismiss. (Doc. 18, at 2.) If the stay of discovery is lifted and GDOC's motion is held in abeyance, the Parties represent they will "jointly notify the Court when the abeyance should be lifted and [GDOC] will renew its [m]otion at that time." (Id.)

Based on the foregoing, the Court determines lifting the stay is appropriate. However, the Court finds, based on the procedural posture and the Parties' request to "renew" the motion to dismiss

after completion of discovery, it is appropriate to deny the pending motion to dismiss without prejudice rather than hold it in abeyance. This will allow GDOC to either refile its motion to dismiss or file a motion for summary judgment, whichever is appropriate after the completion of discovery. Therefore, the Parties' motion to hold the motion to dismiss in abeyance and to lift the stay of discovery (Doc. 18) is **GRANTED IN PART** and **DENIED IN PART**. Accordingly, GDOC's motion to dismiss (Doc. 9) is **DENIED WITHOUT PREJUDICE**, and the Clerk is **DIRECTED** to lift the discovery stay. An amended scheduling order based on the Parties' Rule 26(f) Report (Doc. 26) will be addressed by Magistrate Judge Brian K. Epps in a separate Order.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA