IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
TERRY LOUIS ANYTHONY, SR., as    *
Administrator of the Estate of   *
Terry Lamar Anthony, deceased,   *
                                 *
                                 *
     Plaintiff,                  *      CV 124-080
                                 *
          v.                     *
                                 *
GEORGIA DEPARTMENT OF            *
CORRECTIONS, et al.,             *
                                 *
                                 *
     Defendants.                 *
```

O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 43.) All Parties signed the notice; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA